# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

147412 & (64)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellant/
 Cross-Appellee,

v

SANDY RUSSELL GLOVER a/k/a
SANDY RUSSEL GLOVER a/k/a
SANDY ALEXANDER GLOVER,
 Defendant-Appellee/
 Cross-Appellant.

SC: 147412
COA: 310193
Livingston CC: 00-011454-FC

_____/

On order of the Court, the application for leave to appeal the May 21, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered and, it appearing to this Court that the case of *People v Johnson* (Docket No. 145477) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



 Clerk

p0911